IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 04-532 |
|---|---|---|
| v. | : | |
| SHAWN BROWN | : | CIVIL ACTION NO. 11-4183 |

ORDER

AND NOW, this 12th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Shawn Brown to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED;

(2) the motion of the government to dismiss the petition of Brown under § 2255 is GRANTED; and

(3) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.